SEALED



MAR 24 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:11 CR 00125 AWI

| | |
|---|---|
| UNITED STATES OF AMERICA, | **UNDER SEAL** |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e)(4), FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| JOSEPH RANDALL MEDCALF, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 24, 2011, charging the above defendants with violations of 18 U.S.C. § 1341 (Mail Fraud-7 Counts); 18 U.S.C. § 1343 (Wire Fraud-2 Counts); 15 U.S.C. §§ 77q(a) and 77x (Securities Fraud-2 Counts); 18 U.S.C. § 157(1)(Bankruptcy Fraud) and 18 U.S.C. §§ 981 (a)(1)(C) and 982(a)(1) and 28 U.S.C. 2461(c) (Criminal Forfeiture), be kept secret until the defendants named in the above Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto,

except when necessary for the issuance and execution of the warrant, which would include disclosure of the warrant and charging document to law enforcement, foreign law enforcement entities and Interpol for the purpose of apprehending the defendant overseas or domestically.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: 3/23/2011           By    /s/ Stanley A. Boone
                                          STANLEY A. BOONE
                                          Assistant U.S. Attorney

ORDERED as prayed this 24th day of March, 2011.

                                      U.S. MAGISTRATE JUDGE