IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-00125 AWI |
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| JOSEPH RANDALL MEDCALF, | |
| Defendant. | |

The indictment in this case having been sealed by order of this Court on March 24, 2011 and it appearing that such indictment no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

DATED: December 29, 2011        BY  /s/ SM SNYDER
                                    BARBARA A. McAULIFFE
                                    United States Magistrate Judge

1