FILED
DEC 29 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.  1:11-CR-00125 AWI |
| Plaintiff, | ) |
| | ) ORDER TO UNSEAL ARREST WARRANT |
| v. | ) |
| | ) |
| JOSEPH RANDALL MEDCALF, | ) |
| Defendant. | ) |

The arrest warrant in this case having been sealed upon issuance on March 24, 2011 and it appearing that such arrest warrant no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the arrest warrant issued in the above-captioned case on March 24, 2011 be unsealed.

DATED: December 29, 2011     BY_____
                             SANDRA M. SNYDER
                             United States Magistrate Judge

1