**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JOSEPH RANDALL MEDCALF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSEPH RANDALL MEDCALF<br><br>　　　　　　　　Defendant, | Case No.: 11-CR-00125 AWI<br><br>**STIPULATION AND ORDER TO VACATE MOTIONS HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

ANTHONY W. ISHII AND KIRK SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, JOSEPH MEDCALF by and through his attorney of record, DAVID A. TORRES hereby requesting that the motion hearing currently set for February 11, 2013 be vacated.

　　My client and I are conducting a thorough review of the accounting regarding the alleged listed in the Indictment.  The purposes of the accounting is to facilitate the negotiation of the plea agreement. Therefore, I am requesting that the motion hearing date be vacated.

//

**The defendant is willing to continue, excluding time through the next court appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial rights.**

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO STIPULATED.

Dated: 2/7/13            /s/ David A. Torres
                         DAVID A. TORRES
                         Attorney for Defendant
                         JOSEPH RANDALL MEDCALF

Dated: 2/7/13            /s/ Kirk E. Sherriff
                         KIRK E. SHERRIFF
                         Assistant U. S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   February 7, 2013            _____
                                      SENIOR DISTRICT JUDGE