**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
JOSEPH RANDALL MEDCALF

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JOSEPH RANDALL MEDCALF<br><br>             Defendant, | Case No.: 11-CR-00125AWI-BAM<br><br>**STIPULATION AND ORDER TO SET CHANGE OF PLEA** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII AND KIRK EDWARD SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSEPH RANDALL MEDCALF by and through his attorney of record, DAVID A. TORRES hereby requesting that a change of plea hearing be set for Monday, March 4, 2013.

On February 27, 2013 Mr. Medcalf signed the plea agreement.  I currently have three matters scheduled for Monday, March 4, 2013 and respectfully request that this matter be set for the same day and that, upon the plea being entered, the trial date for April 23, 2013 be vacated. This is a mutual agreement between myself and Assistant United States Attorney Kirk Sherriff.

IT IS SO STIPULATED.

Dated: February 27, 2013          /s/ David A. Torres
                                  DAVID A. TORRES
                                  Attorney for Defendant
                                  Joseph Randall Medcalf


Dated: February 27, 2013          /s/ Kirk E. Sherriff
                                  KIRK E. SHERRIFF
                                  Assistant United States Attorney

## ORDER

**IT IS SO ORDERED**. The change of plea hearing is set for Monday, March 4, 2013, at 10:00 a.m.


DATED: 2/28/2013                  /s/ ANTHONY W. ISHII
                                  Anthony W. Ishii
                                  United States District Judge