**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.1:11-CR-00125AWI |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| JOSEPH RANDALL MEDCALF, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND CHRISTOPHER BAKER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JOSEPH RANDALL MEDCALF, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing Hearing that is currently set on May 13, 2013 at 10:00 a.m. be continued to Monday, May 20, 2013.

I am scheduled to be out of state from May 10, 2013 through May 16, 2013 to attend my daughters' graduation. I have spoken to AUSA Christopher Baker, he has no objection to this continuance.

//

//

//

Summary of Pleading - 1

**IT IS SO STIPULATED.**

DATED: April 25, 2013                                Respectfully Submitted,

*/s/ David A Torres*                ___
DAVID A. TORRES
Attorney for Defendant
Joseph Medcalf


DATED: April 25, 2013                                */s/Christopher Baker*_____
CHRISTOPHER BAKER
Assistant U.S. Attorney

**IT IS SO ORDERED** that the sentencing hearing be continued to Monday, May 20, 2013.

IT IS SO ORDERED.

Dated:   April 25, 2013                          _____
                                                 SENIOR  DISTRICT  JUDGE