1  BENJAMIN B. WAGNER
   United States Attorney
2  KIRK E. SHERRIFF
   CHRISTOPHER D. BAKER
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

FILED
MAY 28 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9             FOR EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) 1:11-CR-00125-AWI-BAM
                                  )
12            Plaintiff,          ) ORDER FOR FORFEITURE MONEY
                                  ) JUDGMENT
13       v.                       )
                                  )
14 JOSEPH RANDALL MEDCALF,        )
                                  )
15            Defendant.          )
                                  )
16 _____)

17      Based upon the United States' Application for Forfeiture Money

18 Judgment and the plea agreement entered into between plaintiff United

19 States of America and defendant Joseph Randall Medcalf,

20      IT IS HEREBY ORDERED that

21      1.   The defendant Joseph Randall Medcalf shall forfeit to the

22 United States the sum of $3,344,086.00, and the Court imposes a

23 personal forfeiture money judgment against defendant in that amount.

24      2.   Any funds applied towards such judgment shall be forfeited

25 to the United States of America and disposed of as provided for by

26 law.  Prior to the implementation of sentence, any funds delivered to

27 the United States to satisfy the personal money judgment shall be

28 seized and held by the U.S. Marshals Service, in its secure custody

                                 1            Order for Forfeiture Money
                                              Judgment

1  and control.
2      3.   This Order of Forfeiture shall become final as to the
3  defendant at the time of sentencing and shall be made part of the
4  sentence and included in the judgment.
5      4.   The United States may, at any time, move pursuant to Rule
6  32.2(e) to amend this Order of Forfeiture to substitute property
7  having a value not to exceed $3,344,086.00       to satisfy the
8  money judgment in whole or in part.

10 DATED: 5-28-13

ANTHONY W. ISHII
Chief United States District Judge

Order for Forfeiture Money Judgment
2