BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH RANDALL MEDCALF,<br><br>　　　　Defendant. | NO.  1:11-CR-00125 AWI<br><br>APPLICATION AND ORDER REGARDING RESTITUTION TO CLAIMANT DEBBIE LAWSON |

　　　WHEREAS, on May 21, 2013, defendant JOSEPH RANDALL MEDCALF was sentenced, among other things, to be imprisoned for a term of 78 months and to pay restitution in the amount $3,344,086 [Doc. 44];

　　　WHEREAS, on June 11, 2013, an Amended Judgment was entered [Doc. 47] memorializing the amount of restitution owing to each claimant/payee;

　　　WHEREAS, on or about June 24, 2013, claimant/payee Debbie Lawson contacted this office regarding the amount of restitution owing to her pursuant to the Amended Judgment ($137,600) [Doc. 47 at p. 8];

　　　WHEREAS, on or about June 27, 2013, Ms. Lawson provided this office with supplemental documentation [attached hereto as Exhibit A]

1 reflecting that she is due a higher amount of restitution
2 ($171,623.49);
3     WHEREAS, good cause exists for the claimant's inability to
4 identify in her initial restitution claim the principal amount of her
5 investment losses subject to restitution;
6     WHEREAS, on August 9, 2013, counsel for the United States of
7 America ("government") provided to counsel for defendant Ms. Lawson's
8 documentation and notified defense counsel that the government
9 supported Ms. Lawson's claim for increased restitution; and
10     WHEREAS, the government seeks to provide defense counsel
11 reasonable time to respond to this application, which is timely filed
12 pursuant to 18 U.S.C. § 3664(d)(5);
13     ACCORDINGLY, pursuant to 18 U.S.C. § 3664(d)(5), the government
14 hereby applies for entry of an Order supplementing the Amended
15 Judgment entered June 11, 2013, and ordering that claimant/payee
16 Debbie Lawson is due restitution in the total amount of $171,623.49.
17 The government proposes that defense counsel file any response or
18 objections to this application within 14 days of this application (on
19 or before September 3, 2013), and that should any objections be
20 filed, a restitution hearing (in lieu of entry of the proposed Order)
21 be held to resolve the claimant's restitution claim.

Dated: August 20, 2013          BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Christopher D. Baker
                                 KIRK E. SHERRIFF
                                 CHRISTOPHER D. BAKER
                                 Assistant U.S. Attorneys

BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  1:11-CR-00125 AWI |
| | ) |
| Plaintiff, | ) |
| | ) ORDER REGARDING RESTITUTION TO |
| v. | ) CLAIMANT DEBBIE LAWSON |
| | ) |
| JOSEPH RANDALL MEDCALF, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

The Amended Judgment entered in this case on June 11, 2013, is supplemented to note that claimant/payee Debbie Lawson is due restitution in the total amount of $171,623.49.

IT IS SO ORDERED.

Dated:   September 4, 2013        _____
                                  SENIOR DISTRICT JUDGE