UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
Senior United States District Judge
Fresno, California

                    RE: JOSEPH RANDALL MEDCALF
                    Docket Number: 1:11CR00125-001 AWI
                    **SECOND SUPPLEMENT TO AMENDED**
                    **JUDGMENT**

Your Honor:

On March 4, 2013, Joseph Randall Medcalf pled guilty to Counts 1, 5, 6, and 12 of a twelve-count Indictment. Counts 1, 5, and 6 charged Mail Fraud, in violation of 18 U.S.C. § 1341; Count 12 charged Bankruptcy Fraud, in violation of 18 U.S.C. § 157(1).

On May 20, 2013, Mr. Medcalf was sentenced to concurrent terms of imprisonment of 78 months as to Counts 1, 5, and 6, as well as 36 months supervised release on each count (concurrent). He was also sentenced to a concurrent term of imprisonment of 60 months and 12 months supervised release as to Count 12.

Subsequent to the imposition of sentence, on September 4, 2013, the Court approved a supplement [hereafter "The Supplement"] to the amended judgment, wherein the amount of restitution to be paid to victim Debbie Lawson was to be increased to $171,623.49[1].

Mr. Medcalf commenced supervision on August 29, 2017.

On February 7, 2018, staff in the financial office of the District Court Clerk's Office requested clarification regarding three issues:

1) The Original Judgment and the Amended Judgment ordered $3,344,086.**00** for total restitution; however, financial staff calculated the restitution as noted in Attachment A to the Amended Judgment as $3,344,086.**09**.

---

[1] The original amount of restitution reflected in the amended judgment was $137,000 that was to be paid to "Jeffrey and Debbie Lawson."

2) The Supplement increased the restitution for Debbie Lawson by $34,023.49, but the Supplement did not reference an increase to the overall total amount of restitution; and

3) The Amended Judgment listed the victim as "Jeffrey and Debbie Lawson," but the Supplement referenced the victim as "Debbie Lawson."

The undersigned probation officer, in consultation with Assistant United States Attorney Kirk E. Sherriff and financial staff in the Clerks' office, as well as with the approval of defense counsel David A. Torres, requests the Court adopt this memo as a second Supplement to the Amended Judgment.

Regarding the first two issues, the parties agree the total restitution owed should be $3,378,109.49. This total amount includes the additional $34,023.49 previously approved by the Court to be paid to Debbie Lawson, while subtracting nine (9) cents from the unknown victim (whose new restitution amount would be $798.91).

Second, the parties agree the victim should be listed as "Jeffrey and Debbie Lawson" as reflected in the Amended Judgment.

Should Your Honor require any additional information, please contact the undersigned at Your Honor's earliest convenience.

Respectfully submitted,

**ROSS MICHELI**
**Senior United States Probation Officer**

Dated: February 9, 2018
Fresno, California

**REVIEWED BY:**
**BRIAN J. BEDROSIAN**
**Supervising United States Probation Officer**

## ORDER OF THE COURT

☒	Approved	☐	Disapproved


IT IS SO ORDERED.

Dated: February 9, 2018

_____
SENIOR DISTRICT JUDGE

Attachment(s)
Amended Judgment
Supplement to the Amended Judgment
Email from District Court Clerk staff